1  MICHAEL D. BRUNO (SBN: 166805)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
6  KEVIN AUSTIN AND MICHAEL DEGROOT

7  **EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| GARY JOHNSON, an individual, DBA JOHNSON ENTERPRISES,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Entity, KEVIN AUSTIN an individual, MICHAEL DEGROOT, an individual, AND DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV-09-4727 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT FOR DAMAGES** |

The parties, by and through their respective counsel of record, hereby stipulate to a 30-day extension of time within which the defendants may respond to the Complaint for Damages (making the responsive pleading due on or before January 7, 2010). Plaintiff has recently dismissed his attorneys of record and is proceeding pro se. During this time, Plaintiff's former counsel will formally withdraw as counsel of record and the parties will try to resolve their differences concerning the adequacy of the pleadings.

It is so stipulated.

///

///

| | | |
|---|---|---|
| Dated: December 9, 2009 | | GORDON & REES LLP |
| | | By: /s/ |
| | | Mark S. Posard |
| | | Attorneys for Defendants |
| | | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, KEVIN AUSTIN and MICHAEL DEGROOT |
| Dated: December 9, 2009 | | THE LAW OFFICE OF BRIAN K. HILLIARD |
| | | By: /s/ |
| | | Brian K. Hilliard |
| | | [Former] Attorneys for Plaintiff GARY JOHNSON, an individual, DBA JOHNSON ENTERPRISES |
| Dated: December 9, 2009 | | GARY JOHNSON |
| | | By: /s/ |
| | | Plaintiff Pro Se |

Dated: Dec. 11, 2009

**IT IS SO ORDERED**

Judge Joseph C. Spero

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111