*THE LAW OFFICE OF BRIAN K. HILLIARD*
*3911 Harrison Street, Oakland, Ca 94612*

1

2   BRIAN K. HILLIARD (SBN 244193)
DOMINIC H. PORRINO (SBN 248425)

3   The Law Office of Brian K. Hilliard
3911Harrison Street

4   Oakland, Ca 94612
Telephone:     (510) 653-8886

5   Facsimile:      (510) 653-8889

6

7   Attorneys for Plaintiff
GARY JOHNSON

8

9   **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA**

11   **(SAN FRANCISCO)**

12

13   GARY JOHNSON, an individual, DBA        )
JOHNSON ENTERPRISES                             )   No. **CV-09-4727 JCS**

14                                                                )

15                            Plaintiff,              )   **SUBSTITUTION OF ATTORNEY**
VS                                                      )

16                                                                )
THE REGENTS OF THE                             )

17   UNIVERSITY OF CALIFORNIA, a      )
California Public Entity, KEVIN             )

18   AUSTIN an individual, MICHAEL           )
DEGROOT, an individual, AND DOES    )

19   1-10, inclusive,                                    )

20                                                                )

21                           Defendants.

22

23          Brian K. Hilliard, Esq. and Dominic Porrino, Esq. with the client's agreement to be pro

24   se, hereby substitute  their appearance and representation as counsel for Plaintiff  Gary Johnson,

25   an individual, DBA Johnson Enterprises in the above action.  Plaintiff is advised that he must

26   abide by all rules of court moving forward in the action.   Plaintiff has also been advised of the

27   following: "A party representing himself or herself may wish to seek legal assistance. Failure to

28   take timely and appropriate action in this case may result in serious legal consequences."

THE LAW OFFICE OF BRIAN K. HILLIARD
3911Harrison Street, Oakland, Ca 94612

1   Dated: December 14, 2009                    Respectfully submitted,

2                                               The Law Office of Brian K. Hilliard

3

4

5

6                                               BRIAN K. HILLIARD
                                                Attorney for Plaintiff
7                                               GARY JOHNSON dba
                                                JOHNSON ENTERPRISES
8   Dated: December 14, 2009

9

10

11

12

13                                              DOMINIC PORRINO
                                                Attorney for Plaintiff
14                                              GARY JOHNSON dba
                                                JOHNSON ENTERPRISES
15  Dated: December 14, 2009

16

17

18                                              GARY JOHNSON dba
                                                JOHNSON ENTERPRISES
19                                              Client

20

21  Dated: December 15, 2009

22

23          IT IS SO ORDERED

24          Judge Joseph C. Spero

25

26

27

28