BRIAN K. HILLIARD (SBN 244193)
DOMINIC H. PORRINO (SBN 248425)
The Law Office of Brian K. Hilliard
3911 Harrison Street
Oakland, Ca 94612
Telephone: (510) 653-8886
Facsimile: (510) 653-8889

Attorneys for Plaintiff
GARY JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| GARY JOHNSON, an individual, DBA JOHNSON ENTERPRISES <br><br> Plaintiff, <br><br> VS <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Entity, KEVIN AUSTIN an individual, MICHAEL DEGROOT, an individual, AND DOES 1-10, inclusive, <br><br> Defendants. | No. **CV-09-4727 JCS** <br><br> **SUBSTITUTION OF ATTORNEY** |

Brian K. Hilliard, Esq. and Dominic Porrino, Esq. with the client's agreement to be pro se, hereby substitute their appearance and representation as counsel for Plaintiff Gary Johnson, an individual, DBA Johnson Enterprises in the above action. Plaintiff is advised that he must abide by all rules of court moving forward in the action. Plaintiff has also been advised of the following: "A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences."

| | | |
|---|---|---|
| 1 | Dated: December 14, 2009 | Respectfully submitted, |
| 2 | | The Law Office of Brian K. Hilliard |

*[signature]*

BRIAN K. HILLIARD
Attorney for Plaintiff
GARY JOHNSON dba
JOHNSON ENTERPRISES

Dated: December 14, 2009

*[signature]*

DOMINIC PORRINO
Attorney for Plaintiff
GARY JOHNSON dba
JOHNSON ENTERPRISES

Dated: December 14, 2009

*[signature]*

GARY JOHNSON dba
JOHNSON ENTERPRISES
Client

Dated: December 15, 2009

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
IT IS SO ORDERED
*[signature]*
Judge Joseph C. Spero