**ORDER**

The Court hereby orders that the request of Plaintiff GARY JOHNSON, dba JOHNSON ENTERPRISES to substitute Melanie D. Popper (SBN: 236279) and Eugene A. Chang (SBN: 264141) of The Revelation Law Firm, 2560 9TH St., Suite 212M, Berkeley, CA 94710, telephone 1-510-665-4195, facsimile 1-510-665-4197, and email mdp@revelationlaw.com, as attorneys of record in place and stead of Gary Johnson pro se is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated May __28__, 2010           By: _____



Joseph C.
United St[ates]

Judge Joseph C. Spero

SUBSTITUTION OF ATTORNEY - 3