UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

GARY JOHNSON,
        Plaintiff,

    v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,
        Defendants.
_____/

No. C 09-4727 JCS

**ORDER GRANTING REQUEST FOR DEFENDANT KEVIN AUSTIN TO ATTEND THE MEDIATION TELEPHONICALLY**

Date:    September 20, 2010
Mediator:  Robert Ebe

    IT IS HEREBY ORDERED that the request for defendant Kevin Austin to be excused from personally attending the September 20, 2010 mediation session before Robert Ebe is GRANTED. Mr. Austin shall be available by telephone at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

August 31, 2010      By:             /s/ Elizabeth D. Laporte
Dated                                  Elizabeth D. Laporte
                                     United States Magistrate Judge