MICHAEL D. BRUNO (SBN: 166805)
MARK S. POSARD (SBN: 208790)
RACHEL M. PUSEY (SBN 224880)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
KEVIN AUSTIN AND MICHAEL DEGROOT

MELANIE D. POPPER (SBN 236279)
THE REVELATION LAW FIRM
2560 9TH STREET, SUITE 212M
Berkeley, CA 94710
Telephone: (510) 665-4195
Facsimile: (510) 665-4197

Attorneys for Plaintiff
GARY JOHNSON, an individual,
DBA JOHNSON ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| GARY JOHNSON, an individual, DBA JOHNSON ENTERPRISES,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Entity, KEVIN AUSTIN an individual, MICHAEL DEGROOT, an individual, AND DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV-09-4727 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION AND MEDIATION DEADLINE DATE** |

The parties are currently scheduled to participate in voluntary mediation on September 21, 2010 with Robert Ebe pursuant to this Court's ADR program. However, Plaintiff's counsel filed a Motion to Withdraw as Attorney of Record on September 1, 2010. The hearing on that motion is scheduled to take place on October 15, 2010. Given the pending motion and the issues cited for counsel seeking to withdraw, the parties have agreed, by and through their attorneys of record, to continue the mediation until after the Court has issued a ruling on the pending motion.

It is so stipulated.

Dated: September 13, 2010

GORDON & REES LLP

By: /Pusey/
Mark S. Posard
Rachel M. Pusey
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, KEVIN AUSTIN and MICHAEL DEGROOT

Dated: September    , 2010

By: /s/
THE REVELATION LAW FIRM
Melanie D. Popper
Attorney for Plaintiff
GARY JOHNSON, an individual,
DBA JOHNSON ENTERPRISES

It is so ordered:

Dated: September 16, 2010

Honorable Judge Joseph C. Spero