RACHEL M. PUSEY
RPUSEY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

November 15, 2010

**_VIA E-FILING_**

Karen Hom, Courtroom Deputy
For Hon. Joseph C. Spero
U.S. District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   *Gary Johnson v. The Regents of the University of California*
      Northern District of California, Case No.: CV-09-04727 JCS

Dear Deputy Hom:

Please allow this letter to serve as my request to appear telephonically at the Further Case Management Conference in this matter, set for November 19, 2010 at 1:30 p.m. in Courtroom 15A of the Northern U.S. District Court. You can best reach me at my direct line, 415-875-3146. Should my personal appearance be required, please let me know at your earliest convenience.

Thank you for your courtesy.

Dated: Nov. 16, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

GORDON & REES LLP

Rachel M. Pusey

cc: Gary Johnson (via U.S. Mail)

TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY ♦ FLORIDA