RACHEL M. PUSEY
RPUSEY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

January 28, 2011

**VIA E-FILING**

Karen Hom, Courtroom Deputy
For Hon. Joseph C. Spero
U.S. District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: *Gary Johnson v. The Regents of the University of California*
Northern District of California, Case No.: CV-09-04727 JCS

Dear Deputy Hom:

Please allow this letter to serve as my request to appear telephonically at the Further Case Management Conference in this matter, set for February 4, 2011 at 1:30 p.m. in Courtroom 15A of the Northern U.S. District Court. You can best reach me at my direct line, 415-875-3146. Should my personal appearance be required, please let me know at your earliest convenience.

Thank you for your courtesy.

Counsel shall be on phone standby
beginning at 1:30 PM and await
the Court's call.

Very truly yours,

GORDON & REES LLP

Dated: Jan. 31, 2011

IT IS SO ORDERED
Judge Joseph C. Spero

M. Pusey

cc: Gary Johnson (via U.S. Mail)

UCR/1060686/9150342v.1

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY ♦ FLORIDA